# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-346
LT Case Nos. 42-2016-CF-001712-A
42-2017-CF-386

_____

BLAKE AARON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Marion County.
Peter M. Brigham, Judge.

Ryan Edward McFarland and William
Mallory Kent, of Kent & McFarland,
Jacksonville, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kristen L. Davenport,
Assistant Attorney General, Daytona Beach,
for Appellee.

August 15, 2023

PER CURIAM.

AFFIRMED.


EDWARDS, C.J., WALLIS, and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____